UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dave Levinthal,** *et al.*, )<br>)<br>  Plaintiffs, )<br>)<br>    v. )<br>)<br>**Federal Election Commission** )<br>)<br>  Defendant. )<br>) | Civil No. 15-cv-01624 (APM) |

## NOTICE TO THE PARTIES

For the parties' consideration and in the public interest, I hereby disclose that I personally know two of the lawyers identified as "Of Counsel" for Defendant Federal Election Commission. *See* Def.'s Mot. for Summ. J., ECF No. 13, at 2.

Lisa J. Stevenson and I were law partners and colleagues at Zuckerman Spaeder LLP from approximately 2007 to 2012. I have not discussed this matter with Ms. Stevenson. Erin Chlopak and I have become acquainted through a sports activity organization. I have not discussed this matter with Ms. Chlopak.

Dated: November 7, 2016

Amit P. Mehta
United States District Judge